IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA
OMAHA DIVISION

| | |
|---|---|
| BRANDON WASHINGTON,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>NS CONSULTING, LLC, and<br>ANDREW NORTHWALL,<br><br>　　　　　Defendants. | **CASE NO. 8:22-CV-232**<br><br>**PLAINTIFF'S MOTION FOR EXTENSTION OF DEADLINES** |

  Plaintiff Brandon Washington, by and through his attorney Josh Sanford of Sanford Law Firm, PLLC, for his Motion for Extension of Deadlines, does hereby state and allege as follows:

  1. On August 9, this Court held a telephonic planning conference. Counsel for Defendant did not appear. During the conference, this Court lifted the say of the case progression deadlines and granted Plaintiff leave to file a Motion to Compel responses on outstanding written discovery. *See* ECF No. 25.

  2. The Court also set an additional telephonic planning conference for September 6 at 10 am. *See* ECF No. 25.

  3. Though not mentioned in this Court's text order entered on August 9, this Court directed Plaintiff's counsel to ensure that Defendants would have enough time to respond to Plaintiff's Motion to Compel prior to the September 6 planning conference.

  4. Since that time Plaintiff's lead attorney, Mr. Colby Qualls, has left Sanford Law Firm.

Page 1 of 4
Brandon Washington v. NS Consulting, LLC, et al.
U.S.D.C. (Dist. Neb.) Case No. 8:22-cv-232
Motion for Extension of Deadlines

5. On August 11, this Court granted Mr. Qualls's Motion to Withdraw as counsel for Plaintiff, leaving Josh Sanford as Plaintiff's lead counsel. *See* ECF No. 28.

6. Counsel for Plaintiffs have been working to smoothly transition management of the case, but required some time to ensure that the forthcoming Motion to Compel accurately outlined the efforts of the Parties in discovery thus far.

7. Plaintiff's counsel files contemporaneously with this Motion for Extension the Motion to Compel discovery that Plaintiffs were granted leave to file.

8. Defendants' Response to the Motion to Compel will be due on or before September 19th.

9. Accordingly, the Plaintiff requests an extension of deadlines for the upcoming September 6 planning conference in order to allow Defendants the appropriate amount of time to respond prior to the conference.

10. This motion is filed in good faith and not for the purposes of undue delay.

WHEREFORE, premises considered, Plaintiff prays that this Court grant his Motion for Extension of Deadlines, reset the September 6 planning conference for a date after September 19th which this Court deems appropriate, and for all other just and proper relief.

Page 2 of 4
Brandon Washington v. NS Consulting, LLC, et al.
U.S.D.C. (Dist. Neb.) Case No. 8:22-cv-232
Motion for Extension of Deadlines

Respectfully submitted,

**PLAINTIFF BRANDON WASHINGTON**

*/s/ Josh Sanford*
Ark. Bar No. 44358
Attorney for Plaintiff
SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040
josh@sanfordlawfirm.com

Page 3 of 4
Brandon Washington v. NS Consulting, LLC, et al.
U.S.D.C. (Dist. Neb.) Case No. 8:22-cv-232
Motion for Extension of Deadlines

## CERTIFICATE OF SERVICE

  I, the undersigned counsel, do hereby certify that on the date imprinted by the CM/ECF system, a copy of the foregoing MOTION was filed via the CM/ECF system, which will provide notice to the following attorneys of record:

Scott Lautenbaugh, Esq.
THE LAW OFFICES OF SCOTT LAUTENBAUGH
16407 Taylor Street
Omaha, Nebraska 68116
Telephone: (402) 702-1022
Facsimile: (531) 329-6976
scott@lautenbaugh.com

                */s/ Josh Sanford*
                **Josh Sanford**

Page 4 of 4
Brandon Washington v. NS Consulting, LLC, et al.
U.S.D.C. (Dist. Neb.) Case No. 8:22-cv-232
Motion for Extension of Deadlines