IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA
OMAHA DIVISION

| | |
|---|---|
| BRANDON WASHINGTON,<br><br>                Plaintiff,<br><br>vs.<br><br>NS CONSULTING, LLC, and ANDREW NORTHWALL,<br><br>                Defendants. | **CASE NO. 8:22-CV-232**<br><br>**PLAINTIFF'S MOTION TO COMPEL RESPONSE TO WRITTEN DISCOVERY** |

      Plaintiff Brandon Washington, by and through his attorney Josh Sanford of Sanford Law Firm, PLLC, for his Motion to Compel Response to Written Discovery, does hereby state and allege as follows:

      1.      This Motion is brought pursuant to Rule 37 of the Federal Rules of Civil Procedure.

      2.      Plaintiff seeks to obtain copies of Defendants' responses to written interrogatories and requests for production of documents.

      3.      Plaintiff propounded written discovery on Defendants, through Defendants' counsel, on March 21, 2023. Said discovery consisted of the Plaintiff's First Set of Interrogatories and Requests for Production of Documents to Defendants. *See* Exhibits 1 & 2. Defendants' responses were due on April 20, 2023. *See* Exhibit 3, Email Serving Discovery on Defendants.

      4.      Defendants failed to provide discovery responses by April 20.

Page 1 of 5
Brandon Washington v. NS Consulting, LLC, et al.
U.S.D.C. (Dist. Neb.) Case No. 8:22-cv-232
Motion to Compel Response to Written Discovery

5.      On April 26, Plaintiff's counsel emailed Defendants' counsel to inquire as to the status of the discovery responses, then past-due. *See* Exhibit 4, April 26 Email. Plaintiff's counsel warned that he would send a good faith letter unless he heard back from Defendants' counsel in the near future. *See Id.* Plaintiff's counsel did not receive a response.

6.      On April 28, 2023, Plaintiff sent Defendants a Good Faith Letter to Defendants' counsel via email and U.S. mail, requesting complete responses to these requests by May 10. *See* Exhibit 5, Good Faith Letter. Plaintiff's counsel did not receive a response to this letter.

7.      On May 12, Plaintiff's counsel called Defendants' counsel to inquire about the discovery responses, but Defendants' counsel did not answer the call and Plaintiff's counsel had to leave a voicemail. On that same date, Plaintiff's counsel also emailed Defendant's counsel informing him that he would be contacting the Court as early as May 15 to set a conference to discuss the discovery issue. *See* Exhibit 6.

8.      On May 15, Defendants' counsel finally responded to Plaintiff's counsel via email and informed Plaintiff's counsel that he had been home bound for the past month due to health issues. *See* Exhibit 7. Defendants' counsel indicated that he may need to withdraw from the case. *Id.*

9.      Plaintiff's counsel responded to Defendants' counsel on May 15 and asked Defendants' counsel to please let him know as soon as possible on how they planned to proceed, keeping in mind the approaching case deadlines. *See* Exhibit 8.

10.     On May 18, and after Plaintiff's counsel had not heard back from Defendants' counsel, Plaintiff's counsel suggested via email to Defendants' counsel that

Page 2 of 5
Brandon Washington v. NS Consulting, LLC, et al.
U.S.D.C. (Dist. Neb.) Case No. 8:22-cv-232
Motion to Compel Response to Written Discovery

maybe the Parties should file a Joint Motion to Stay Deadlines in the interim. *See* Exhibit 9.

11. On May 24, and after Plaintiff's counsel had not heard back from Defendants' counsel, Plaintiff's counsel emailed the Court pursuant to the Amended Case Progression Order (ECF No. 16) to schedule a conference with the Court to discuss the discovery dispute. *See* Exhibit 10.

12. The Court held a telephonic conference concerning the discovery dispute with Plaintiff's counsel and Defendants' counsel on June 1, 2023. *See* ECF No. 23. An additional status conference was set for July 6, 2023, and the deadline for completing written discovery was extended to July 6 as well. *Id.*

13. On June 28, Plaintiff's counsel emailed Defendants' counsel inquiring on the status of the discovery responses. *See* Exhibit 11.  Plaintiff's counsel did not receive a response to this email.

14. On July 6, the Court held a second telephonic conference with Plaintiff's counsel and Defendants' counsel. *See* ECF No. 24. The Court stayed all unexpired deadlines until August 9, which was the date for planning conference. *Id.* The Court ordered that counsel should inform the Court either before or at the planning conference whether the case would be ready to re-progressed or if substitute counsel would be entering an appearance for Defendants. *Id.*

15. On August 9, the Court held the scheduled planning conference, and Defendants' counsel did not appear. *See* ECF No. 25. The Court granted leave for Plaintiff to file a motion to compel written discovery responses. *Id.*

Page 3 of 5
Brandon Washington v. NS Consulting, LLC, et al.
U.S.D.C. (Dist. Neb.) Case No. 8:22-cv-232
Motion to Compel Response to Written Discovery

16. Plaintiff's counsel has tried to remain understanding and keep in communication with counsel for Defendant as to the status of the case, as well as, when Plaintiff can expect Defendants to answer the outstanding written discovery responses.

17. However, Plaintiff's counsel has not had much success in receiving any substantive responses from Defendants' counsel as to the status of the case in general or the outstanding discovery responses, specifically.

18. To date, Defendants have not yet submitted their Responses to the above-mentioned discovery requests.

19. For this reason, and by leave of the Court, Plaintiff now respectfully requests that this Court order and compel the Defendants to provide full and complete discovery responses in good faith, in response to Plaintiff's discovery as referenced above.

20. Plaintiff also asks to be awarded attorney'[s fees and costs for having to bring this matter before the Court.

21. A brief in support of this motion is filed herewith.

WHEREFORE, premises considered, Plaintiff prays that this Court issue an order compelling the Defendants to respond fully and completely to the above-mentioned discovery requests; to award his attorney's fees and costs associated with this Motion; and for all other relief this Court deems to be just and proper.

Page 4 of 5
Brandon Washington v. NS Consulting, LLC, et al.
U.S.D.C. (Dist. Neb.) Case No. 8:22-cv-232
Motion to Compel Response to Written Discovery

Respectfully submitted,

**PLAINTIFF BRANDON WASHINGTON**

*/s/ Josh Sanford*
Ark. Bar No. 44358
Attorney for Plaintiff
SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040
josh@sanfordlawfirm.com

## CERTIFICATE OF SERVICE

I, the undersigned counsel, do hereby certify that on the date imprinted by the CM/ECF system, a copy of the foregoing MOTION was filed via the CM/ECF system, which will provide notice to the following attorneys of record:

Scott Lautenbaugh, Esq.
THE LAW OFFICES OF SCOTT LAUTENBAUGH
16407 Taylor Street
Omaha, Nebraska 68116
Telephone: (402) 702-1022
Facsimile: (531) 329-6976
scott@lautenbaugh.com

*/s/ Josh Sanford*
**Josh Sanford**

Page 5 of 5
Brandon Washington v. NS Consulting, LLC, et al.
U.S.D.C. (Dist. Neb.) Case No. 8:22-cv-232
Motion to Compel Response to Written Discovery