9/5/23, 2:56 PM  Sanford Law Firm, PLLC Mail - Brandon Washington v. NS Consulting, LLC, et al. - Plaintiff's 1st Set of Discovery to Defendants

8:22-cv-00332-BCB-MDN Doc # 30-3 Filed: 09/05/23 Page 1 of 1 - Page ID # 104



Zach Bradshaw <zach@sanfordlawfirm.com>

# Brandon Washington v. NS Consulting, LLC, et al. - Plaintiff's 1st Set of Discovery to Defendants

**Zach Bradshaw** <zach@sanfordlawfirm.com>  Tue, Mar 21, 2023 at 4:30 PM
To: scott@lautenbaugh.com
Cc: Krista Sheets <krista@sanfordlawfirm.com>

Good afternoon Counsel,

Please find attached Plaintiff's First Set of Interrogatories and Requests for Production of Documents to Defendants, along with Word version for your convenience. Please let us know if you have any questions.

Thank you,
Zach

**4 attachments**


**1st ROGS and RFPs - Andrew Northwall.pdf**
192K


**1st ROGS and RFPs - NS Consulting.pdf**
195K


**OC Copy - 1st ROGS and RFPs - Andrew Northwall.docx**
24K


**OC Copy - 1st ROGS and RFPs - NS Consulting.docx**
25K