From: **Colby Qualls** <colby@sanfordlawfirm.com>
Date: Fri, Apr 28, 2023 at 2:41 PM
Subject: Re: Brandon Washington v. Northwell Strategies - Follow-Up
To: Scott@lautenbaugh.com <Scott@lautenbaugh.com>
Cc: Aysha Dixon <aysha@sanfordlawfirm.com>

Counsel,

Please find attached a good faith letter for the above-referenced case.

Best,

Colby

> On Wed, Apr 26, 2023 at 11:26 AM Colby Qualls <colby@sanfordlawfirm.com> wrote:
>> Counsel,
>>
>> Just following up here. I don't believe I have heard back from you yet. Also, it is my understanding that we served written discovery on you on March 21, 2023. It is also my understanding that we have not received your responses and that you are almost a week late. We will be preparing a good faith letter and sending that to you in the near future unless we hear back from you.
>>
>> Best,
>>
>> Colby
>>
>>> On Tue, Apr 4, 2023 at 3:23 PM Colby Qualls <colby@sanfordlawfirm.com> wrote:
>>>> Counsel,
>>>>
>>>> I hope you are doing well. As you are likely aware, I have recently entered an appearance in this case to take over for Krista. My understanding is that we had previously made a settlement demand in this case, but have yet to receive a response to that demand. We are certainly open and willing to explore a resolution here before incurring additional costs and attorney fees, but to do so, we will need to receive an offer from you all.
>>>>
>>>> Looking forward to working with you on this case.
>>>>
>>>> Best,
>>>>
>>>> Colby

📎 **4-28-2023 Good Faith Letter.pdf**
146K