

Sanford Law Firm, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy
Suite 510
Little Rock, Arkansas 72211

800-615-4946 (main)
888-787-2040 (facsimile)

WWW.SANFORDLAWFIRM.COM

JOSH SANFORD [1,2,3,5,6,7,8,11,14]
ANNA SANFORD STIRITZ
KRISTA SHEETS [2,5,12,13,*]
VANESSA KINNEY
STACY GIBSON
REBECCA MATLOCK
DANIEL FORD
SEAN SHORT [11]
COLBY QUALLS [2,4,5,9,10,11]
SAMUEL BROWN [9,11]
MICHAEL STIRITZ
LAURA EDMONDSON [1,6,11]

Of counsel:
JON R. SANFORD [11,13]
KIRSTEN C. SANFORD

With offices in:
Little Rock, AR
Birmingham, AL
Chicago, IL
Denver, CO
Omaha, NE
Phoenix, AZ
San Antonio, TX
Seattle, WA

Also admitted to
practice in courts in:
1 - Colorado
2 - Illinois
3 - Michigan
4 - Missouri
5 - Nebraska
6 - New Mexico
7 - North Dakota
8 - Ohio
9 - Oklahoma
10 - Tennessee
11 - Texas
12 - Virginia
13 - Washington
14 - Wisconsin

* Not licensed in
Arkansas state court

April 28, 2023

**VIA EMAIL ATTACHMENT AND U.S. MAIL**

Scott@lautenbaugh.com

Scott Lautenbaugh
THE LAW OFFICES OF SCOTT LAUTENBAUGH
16407 Taylor Street
Omaha, Nebraska 68116
1905 Harney Street, #224
Omaha, Nebraska 68102
Telephone: (402) 702-1022

Re:   Brandon Washington v. NS Consulting, LLC, et al.
      U.S.D.C. (D. Neb.) Case No. 8:22-cv-232

Scott,

This is in regard to Plaintiff's First Set of Interrogatories and Requests for Production of Documents to Defendant, which were served on March 21, 2023. Defendant's discovery responses were due April 20, 2023. To date, we have not received any response to our discovery requests. Given that the written discovery deadline is fast-approaching (June 1, 2023), we are requesting that discovery responses be provided by May 10, 2023, or we will have to take additional steps. Please consider this letter, per Fed. R. Civ. P. Rule 37, a good faith effort to resolve any potential dispute in this matter.

Thank you for your time and attention to this matter.

Sincerely,
SANFORD LAW FIRM, PLLC

*/s/ Colby Qualls*

Colby Qualls
Attorney at Law