From: **Colby Qualls** <colby@sanfordlawfirm.com>
Date: Fri, May 12, 2023 at 11:16 AM
Subject: Brandon Washington v. Northwell Strategies - Setting up Discovery Dispute with MJ
To: Scott@lautenbaugh.com <Scott@lautenbaugh.com>
Cc: Aysha Dixon <aysha@sanfordlawfirm.com>

Counsel,

We served you written discovery on March 21, 2023. Discovery responses were due on April 20, 2023. We reached out to you inquiring about the status of the late discovery responses on April 26, 2023. On April 28, 2023, we both mailed and emailed you a good faith letter regarding the written discovery. In the letter we requested that discovery responses be provided by May 10, 2023. We have yet to receive anything from you in terms of discovery, nor have we heard from you in general since emailing and mailing you. I also called earlier today and left a voicemail.

Pursuant to the Amended Case Progression Order (ECF No. 16), our next step is to contact the magistrate judge to set a conference to discuss the discovery issue so that we may file a Motion to Compel if necessary. We intend to contact the magistrate judge as early as Monday of next week if we do not hear back from you as soon as possible. We are entitled to the discovery that we requested and we are getting closer to deadlines in this case.

Best,

Colby