From: **Scott Lautenbaugh** <scott@lautenbaugh.com>
Date: Mon, May 15, 2023 at 3:33 PM
Subject: RE: Brandon Washington v. Northwell Strategies - Setting up Discovery Dispute with MJ
To: Colby Qualls <colby@sanfordlawfirm.com>
Cc: Aysha Dixon <aysha@sanfordlawfirm.com>


I have to apologize.  My health issues have been bad enough that I literally haven't left my home in a month.  I may need to withdraw from this.


Scott