---------- Forwarded message ----------
From: **Colby Qualls** <colby@sanfordlawfirm.com>
Date: Mon, May 15, 2023 at 4:13 PM
Subject: Re: Brandon Washington v. Northwell Strategies - Setting up Discovery Dispute with MJ
To: Scott Lautenbaugh <scott@lautenbaugh.com>
Cc: Aysha Dixon <aysha@sanfordlawfirm.com>


Counsel,

Thanks for getting back to me. I'm sorry to hear that. Please let me know as soon as you can how you plan to proceed. We are just trying to be mindful of the current Scheduling Order.

Regardless of whether you are able to continue being part of this case, I hope that your health improves soon and that you are able to get some relief.

Best,

Colby