---------- Forwarded message ----------
From: **Colby Qualls** <colby@sanfordlawfirm.com>
Date: Thu, May 18, 2023 at 12:41 PM
Subject: Re: Brandon Washington v. Northwell Strategies - Setting up Discovery Dispute with MJ
To: Scott Lautenbaugh <scott@lautenbaugh.com>
Cc: Aysha Dixon <aysha@sanfordlawfirm.com>


Counsel,

Maybe we should file a Joint Motion to Stay Deadlines in the interim?

Best,

Colby