---------- Forwarded message ---------
From: **Colby Qualls** <colby@sanfordlawfirm.com>
Date: Thu, Jun 1, 2023 at 2:39 PM
Subject: Re: Discovery Dispute Conference - Brandon Washington v. Northwell Strategies, LLC, et al., Case No. 8:22CV232
To: Jennifer Morrison <Jennifer_Morrison@ned.uscourts.gov>
Cc: Josh Sanford <josh@sanfordlawfirm.com>, Scott Lautenbaugh <scott@lautenbaugh.com>

Counsel for Plaintiff can call in at that time.

Best,

Colby

On Thu, Jun 1, 2023 at 2:39 PM Jennifer Morrison <Jennifer_Morrison@ned.uscourts.gov> wrote:

> Counsel:
>
> Judge Nelson's afternoon is running slightly behind.
>
> Could the parties please call in at 3:15 ?
>
> Please confirm.  Thank you.
>
> *Jen*
>
> Jennifer L. Morrison
>
> Judicial Assistant to the Honorable Michael D. Nelson
>
> U.S. Magistrate Judge - District of Nebraska
>
> 111 South 18th Plaza
>
> Omaha, NE 68102
>
> Office: 402-661-7410
>
> jennifer_morrison@ned.uscourts.gov

9/5/23, 4:00 PM                 Sanford Law Firm, PLLC Mail - Fwd: Discovery Dispute Conference - Brandon Washington v. Northwell Strategies, LLC, et al., Cas…

8:22-cv-00232-BCB-MDN   Doc # 30-10   Filed: 09/05/23   Page 2 of 6 - Page ID # 112

**From:** Jennifer Morrison <Jennifer_Morrison@ned.uscourts.gov>
**Sent:** Wednesday, May 31, 2023 12:29 PM
**To:** Scott Lautenbaugh <scott@lautenbaugh.com>; Colby Qualls <colby@sanfordlawfirm.com>; nelson@ned.uscourts.gov
**Cc:** Josh Sanford <josh@sanfordlawfirm.com>
**Subject:** RE: Discovery Dispute Conference - Brandon Washington v. Northwell Strategies, LLC, et al., Case No. 8:22CV232

Counsel:

We will schedule this call for 3:00 p.m. on June 1 (tomorrow).

Please use the case conference instructions at Filing No. 7 to participate in the call.



*Jennifer L. Morrison*

*Judicial Assistant to the Honorable Michael D. Nelson*

*U.S. Magistrate Judge - District of Nebraska*

*111 South 18th Plaza*

*Omaha, NE 68102*

*Office: 402-661-7410*

*jennifer_morrison@ned.uscourts.gov*

---

**From:** Scott Lautenbaugh <scott@lautenbaugh.com>
**Sent:** Wednesday, May 31, 2023 12:11 PM
**To:** Jennifer Morrison <Jennifer_Morrison@ned.uscourts.gov>; Colby Qualls <colby@sanfordlawfirm.com>; nelson@ned.uscourts.gov
**Cc:** Josh Sanford <josh@sanfordlawfirm.com>
**Subject:** RE: Discovery Dispute Conference - Brandon Washington v. Northwell Strategies, LLC, et al., Case No. 8:22CV232

**CAUTION - EXTERNAL:**

Either is fine

**From:** Jennifer Morrison <Jennifer_Morrison@ned.uscourts.gov>
**Sent:** Wednesday, May 31, 2023 8:17 AM

9/5/23, 4:00 PM  Sanford Law Firm, PLLC Mail - Discovery Dispute Conference - Brandon Washington v. Northwell Strategies, LLC, et al., Cas…

8:22-cv-00232-BCB-MDN Doc # 30-10 Filed: 09/05/23 Page 3 of 6 - Page ID # 113

**To:** Scott Lautenbaugh <scott@lautenbaugh.com>; Colby Qualls <colby@sanfordlawfirm.com>; nelson@ned.uscourts.gov
**Cc:** Josh Sanford <josh@sanfordlawfirm.com>
**Subject:** RE: Discovery Dispute Conference - Brandon Washington v. Northwell Strategies, LLC, et al., Case No. 8:22CV232

Counsel:

Judge Nelson would like to schedule this for a call Thursday, June 1st (tomorrow). Would the parties be available at 3:00 or 3:30 p.m.?

Thank you.



Jennifer L. Morrison

Judicial Assistant to the Honorable Michael D. Nelson

U.S. Magistrate Judge - District of Nebraska

111 South 18th Plaza

Omaha, NE 68102

Office: 402-661-7410

jennifer_morrison@ned.uscourts.gov

---

**From:** Scott Lautenbaugh <scott@lautenbaugh.com>
**Sent:** Tuesday, May 30, 2023 5:03 PM
**To:** Jennifer Morrison <Jennifer_Morrison@ned.uscourts.gov>; Colby Qualls <colby@sanfordlawfirm.com>; nelson@ned.uscourts.gov
**Cc:** Josh Sanford <josh@sanfordlawfirm.com>
**Subject:** RE: Discovery Dispute Conference - Brandon Washington v. Northwell Strategies, LLC, et al., Case No. 8:22CV232

**CAUTION - EXTERNAL:**

You Honor—

I had a follow-up with my Doctor today. It has admittedly been a rough few months starting back in November. I ended up being hospitalized again for 12 days ending this last Sunday. I was pretty much confined to my home for the 5 weeks prior. I've now been told to take a 60-day hiatus to get my strength back. I can't drive, and have home health care workers coming in. Opposing has been very understanding throughout. I don't know if the case is best served by

9/5/23, 4:00 PM   Sanford Law Firm, PLLC Mail - Discovery Dispute Conference - Brandon Washington v. Northwell Strategies, LLC, et al., Cas…

8:22-cv-00232-BCB-MDN   Doc # 30-10   Filed: 09/05/23   Page 4 of 6 - Page ID # 114

my withdrawal, or if I'll be back up to speed faster than new defense counsel will be up to speed. I'm very sorry about all of this.

Scott

**From:** Jennifer Morrison <Jennifer_Morrison@ned.uscourts.gov>
**Sent:** Thursday, May 25, 2023 12:34 PM
**To:** Scott Lautenbaugh <scott@lautenbaugh.com>; Colby Qualls <colby@sanfordlawfirm.com>; nelson@ned.uscourts.gov
**Cc:** Josh Sanford <josh@sanfordlawfirm.com>
**Subject:** RE: Discovery Dispute Conference - Brandon Washington v. Northwell Strategies, LLC, et al., Case No. 8:22CV232

Counsel:

I have conferred with Judge Nelson and the Court will wait for a response from Scott by Tuesday, May 30, 2023, and will then decide on how to proceed.



Jennifer L. Morrison

Judicial Assistant to the Honorable Michael D. Nelson

U.S. Magistrate Judge - District of Nebraska

111 South 18th Plaza

Omaha, NE 68102

Office: 402-661-7410

jennifer_morrison@ned.uscourts.gov

**From:** Scott Lautenbaugh <scott@lautenbaugh.com>
**Sent:** Thursday, May 25, 2023 11:55 AM
**To:** Jennifer Morrison <Jennifer_Morrison@ned.uscourts.gov>; Colby Qualls <colby@sanfordlawfirm.com>; nelson@ned.uscourts.gov
**Cc:** Josh Sanford <josh@sanfordlawfirm.com>
**Subject:** RE: Discovery Dispute Conference - Brandon Washington v. Northwell Strategies, LLC, et al., Case No. 8:22CV232

**CAUTION - EXTERNAL:**

9/5/23, 4:00 PM                                  Sanford Law Firm, PLLC Mail - Discovery Dispute Conference - Brandon Washington v. Northwell Strategies, LLC, et al., Cas…

8:22-cv-00232-BCB-MDN    Doc # 30-10    Filed: 09/05/23    Page 5 of 6 - Page ID # 115

Ms. Morrison:

How soon is the response needed? Ive literally been in the hospital since last Thursday, but will hopefully be home tomorrow.

Scott

---

**From:** Jennifer Morrison <Jennifer_Morrison@ned.uscourts.gov>
**Sent:** Thursday, May 25, 2023 8:04 AM
**To:** Colby Qualls <colby@sanfordlawfirm.com>; nelson@ned.uscourts.gov
**Cc:** Scott Lautenbaugh <scott@lautenbaugh.com>; Josh Sanford <josh@sanfordlawfirm.com>
**Subject:** RE: Discovery Dispute Conference - Brandon Washington v. Northwell Strategies, LLC, et al., Case No. 8:22CV232

Mr. Lautenbaugh:

Judge Nelson would like you to provide an email response prior to the setting of a call.

Thank you.



Jennifer L. Morrison

Judicial Assistant to the Honorable Michael D. Nelson

U.S. Magistrate Judge - District of Nebraska

111 South 18th Plaza

Omaha, NE 68102

Office: 402-661-7410

jennifer_morrison@ned.uscourts.gov

---

**From:** Colby Qualls <colby@sanfordlawfirm.com>
**Sent:** Wednesday, May 24, 2023 4:20 PM
**To:** nelson@ned.uscourts.gov
**Cc:** Scott Lautenbaugh <Scott@lautenbaugh.com>; Josh Sanford <josh@sanfordlawfirm.com>
**Subject:** Discovery Dispute Conference - Brandon Washington v. Northwell Strategies, LLC, et al., Case No. 8:22CV232

9/5/23, 4:00 PM
Sanford Law Firm, PLLC Mail - Disc. Dispute Conference - Brandon Washington v. Northway Strategies, LLC, et al., Cas…

0:22-cv-00232-BCB-MDN   Doc # 30-10   Filed: 09/05/23   Page 6 of 6 - Page ID # 116

**CAUTION - EXTERNAL:**

Your Honor,

I am reaching out pursuant to the Amended Case Progression Order (ECF No. 16) regarding a discovery dispute in the above referenced case. Plaintiff's counsel previously served written discovery on Defendants' counsel, and though the deadline for Defendants' responses has passed, Plaintiff's counsel has yet to receive any responses to his Interrogatories and Requests for Production. It is Plaintiff's counsel's understanding that Defendants' counsel may be seeking to withdraw from this case at some point in the future, but with a June 15, 2023 deadline for Motions to Compel Written Discovery, Plaintiff's counsel felt obligated to reach out to the Court to schedule a conference to discuss the discovery dispute.

Best,

Colby



### Colby Qualls

**Attorney, Sanford Law Firm**

800-615-4946 (Main) | 501-904-1649 (Direct)

colby@sanfordlawfirm.com | www.sanfordlawfirm.com

10800 Financial Centre Parkway, Suite 510
Little Rock, AR 72211

Attorneys admitted in courts in AR • CO • IL • MI • MO • ND • NE • NM • OH • OK • TN • TX • WA • WI

🏅 **No. 1 Plaintiff Employment Law Firm in the U.S.** 🏅



*This message, and any attachments, is intended for the addressee only. It may contain information which is legally privileged, confidential, and exempt from disclosure  If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, use or any action or reliance on this communication is strictly prohibited by the Electronic Communication Privacy Act at 18 U.S.C. §§ 2510-2521. If you have received this e-mail in error, please notify the sender immediately by telephone at (501) 221-0088 or by return e-mail and delete the message and any attachments.*