From: **Colby Qualls** <colby@sanfordlawfirm.com>
Date: Wed, Jun 28, 2023 at 1:53 PM
Subject: Re: Follow-Up re Conference in Brandon Washington v. Northwell Strategies
To: Scott Lautenbaugh <Scott@lautenbaugh.com>

Counsel,

We are about a week away from the next status conference with the Court, which is also the new deadline for written discovery in this case. When should we anticipate receiving these discovery responses? In addition, does your Client have a response to our previous settlement demand?

Best,

Colby