# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **BRANDON WASHINGTON,**<br><br>**Plaintiff,**<br><br>vs.<br><br>**NS CONSULTING, LLC, and ANDREW NORTHWALL,**<br><br>**Defendants.** | **8:22CV232**<br><br>**TRIAL SETTING ORDER** |

This matter is before the Court following a planning conference held on November 29, 2023, before the undersigned magistrate judge. Josh Sanford appeared for plaintiff. Counsel for defendant did not appear. In accordance with the matters discussed during the planning conference,

### IT IS ORDERED:

1) The non-jury trial of this case is set to commence before Brian C. Buescher, United States District Judge, in Courtroom 5, Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, Nebraska, at **9:00 a.m. CST** on **January 29, 2024**, or as soon thereafter as the case may be called, for a duration of one (1) trial day. This case is subject to the prior trial of criminal cases and such other civil cases as may be scheduled for trial before this one.

2) The Final Pretrial Conference is scheduled to be held before the undersigned magistrate judge on **December 19, 2023**, at **9:00 a.m. CST**, and will be conducted by video conferencing. Video conference instructions are found under separate order. The parties' proposed Pretrial Conference Order and Exhibit List(s) must be emailed to nelson@ned.uscourts.gov in Word format, by **3:00 p.m. CST on December 12, 2023**.

3) Motions in limine and motions seeking pretrial evidentiary hearings regarding the admissibility of evidence shall be filed no later than twenty-eight (28) days before trial.

4) The parties are ordered to comply with **Judge Buescher's** Civil Non-jury Trial Practices posted at https://www.ned.uscourts.gov/attorney/judges-information.

Dated this 29th day of November, 2023.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge