# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BRANDON WASHINGTON,<br><br>    Plaintiff,<br><br>vs.<br><br>NS CONSULTING, LLC, and ANDREW NORTHWALL,<br><br>    Defendants. | 8:22CV232<br><br>ORDER |

This matter is before the Court following a telephone conference held with plaintiff's counsel on December 19, 2023, before the undersigned magistrate judge. The Court set the call after being advised that defense counsel, Scott Lautenbaugh, has passed away. Accordingly,

**IT IS ORDERED:**

1) The non-jury trial of this case set to commence on **January 29, 2024**, is cancelled, and will be reset by further order of the court.

2) Defendants shall have substitute counsel enter a written appearance on their behalf by **January 31, 2024**. Plaintiff's counsel shall advise the Court of any communications he has with the defendants in the interim. The Clerk of Court shall set a Case Management Deadline for January 31, 2024: Check for Substitute Counsel.

3) The Clerk of Court shall mail notice of this Order to:

 Andrew Northwall and NS Consulting, LLC
 16407 Taylor Street
 Omaha, Nebraska 68116

 and

 The Law Offices of Scott Lautenbaugh
 1905 Harney Street, Suite 224,
 Omaha, Nebraska 68102

Dated this 19th day of December, 2023.

                BY THE COURT:

                s/Michael D. Nelson
                United States Magistrate Judge