IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA
OMAHA DIVISION

| | |
|---|---|
| BRANDON WASHINGTON,<br><br>Plaintiff,<br><br>vs.<br><br>NS CONSULTING, LLC, and<br>ANDREW NORTHWALL,<br><br>Defendants. | **CASE NO. 8:22-CV-232**<br><br><br>**STATUS REPORT** |

## STATUS REPORT

Plaintiff Brandon Washington, by and through his attorney Josh Sanford of Sanford Law Firm, PLLC, submits the following Status Report.

1. Plaintiff's counsel conducted a TLO search on Andrew Northwall and NS Consulting, LLC. As of the date of this Status Report, the telephone numbers listed for both the individual and the business are no longer working numbers.

2. Counsel conducted google.com searches for ways to contact either defendant; no search produced any helpful results.

3. Counsel also called a lawyer who has an unrelated case pending against NS Consulting; that call was not returned.

Respectfully submitted,

**PLAINTIFF BRANDON WASHINGTON**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (800) 615-4946
Facsimile: (888) 787-2040

*/s/ Josh Sanford*
Josh Sanford
Ark. Bar No. 2001037
josh@sanfordlawfirm.com