AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Nebraska ▾

| | |
|---|---|
| BRANDON WASHINGTON, ) | |
| *Plaintiff* ) | |
| v. ) | Case No.   8:22CV232 |
| NS CONSULTING, LLC, and ANDREW NORTHWALL, ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

   I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

   NS Consulting, LLC, and Andrew Northwall

Date:   *February 9 2024*

*Attorney's signature*

William F. McGinn #24477
*Printed name and bar number*

20 N. 16th St.
Council Bluffs, Iowa 51501
*Address*

bmcginn@mcginnlawfirm.com
*E-mail address*

712–328–1566
*Telephone number*

712–328–3707
*FAX number*