**Amy Brunswick**

| | |
|---|---|
| **From:** | Mail Delivery System <MAILER-DAEMON@icmecf101.gtwy.uscourts.gov> |
| **To:** | scott@lautenbaugh.com |
| **Sent:** | Tuesday, February 20, 2024 10:40 AM |
| **Subject:** | Undeliverable: Activity in Case 8:22-cv-00232-BCB-MDN Washington v. NS Consulting, LLC et al Order Setting Hearing or Trial |

The following message to <scott@lautenbaugh.com> was undeliverable.
The reason for the problem:
5.4.7 - Delivery expired (message too old) [Default] 451-'4.4.4 Mail received as unauthenticated, incoming to a recipient domain configured in a hosted tenant which has no mail-enabled subscriptions. ATTR5 [BN1PEPF0000468B.namprd05.prod.outlook.com 2024-02-20T16:40:18.837Z 08DC2C46640D81F7]'