# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BRANDON WASHINGTON,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>NS CONSULTING, LLC, and ANDREW NORTHWALL,<br><br>　　　　　　Defendants. | 8:22CV232<br><br>AMENDED<br>TRIAL SETTING ORDER |

This matter is before the Court following a planning conference held with counsel for the parties on February 23, 2024, before the undersigned magistrate judge. In accordance with the matters discussed during the planning conference and after further consultation with counsel,

**IT IS ORDERED:**

1) A status conference to discuss the parties' interest in settlement, including their interest in a court-supervised settlement conference, is scheduled with the undersigned magistrate judge on **March 5, 2024**, at **10:00 a.m. CST** by telephone. Counsel shall use the conferencing instructions assigned to this case to participate in the conference. (Filing No. 7). The parties shall exchange offers prior to the call.

2) The Final Pretrial Conference is scheduled to be held before the undersigned magistrate judge on **May 13, 2024**, at **10:00 a.m. CDT**, and will be conducted by video conferencing. Video conference instructions are found under separate order. The parties' proposed Pretrial Conference Order and Exhibit List(s) must be emailed to nelson@ned.uscourts.gov in Word format, by **3:00 p.m. CDT on May 6, 2024**.

3) The non-jury trial of this case is set to commence before Brian C. Buescher, United States District Judge, in Courtroom 5, Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, Nebraska, at **9:00 a.m. CST** on **June 17, 2024**, or as soon thereafter as the case may be called, for a duration of one (1) trial day. This case is subject to the prior trial of criminal cases and such other civil cases as may be scheduled for trial before this one.

4) Motions in limine and motions seeking pretrial evidentiary hearings regarding the admissibility of evidence shall be filed no later than twenty-eight (28) days before trial.

5) The parties are ordered to comply with **Judge Buescher's** Civil Non-jury Trial Practices posted at https://www.ned.uscourts.gov/attorney/judges-information.

Dated this 23rd day of February, 2024.

　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　s/Michael D. Nelson
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge