IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEBRASKA

BRANDON WASHINGOTN,

v.

NS CONSULTING, LLC, and
ANDREW NORTHWALL

LIST OF EXHIBITS

Case Number: 8:22-CV-232-BCB-MDN
Courtroom Deputy: Tracy McKibben
Court Reporter:

Trial Date(s): 9:00 a.m. CST on June 17, 2024

| EXHIBIT NO. | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| PLF | DF | 3 PTY | DESCRIPTION | OFF | OBJ | RCVD | NOT RCVD | DATE |
| 1 | | | Plaintiff's Payroll Records | | | | | |
| 2 | | | Screenshots of messages between Plaintiff and Defendants. | | | | | |
| 3 | | | Defendants' Responses to Discovery | | | | | |
| 4 | | | Damage Calculations | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

**OBJECTIONS**
    R: Relevancy
    H: Hearsay
    A: Authenticity

**O: Other (specify)**