IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA
OMAHA DIVISION

| | |
|---|---|
| BRANDON WASHINGTON,<br><br>                Plaintiff,<br><br>vs.<br><br>NS CONSULTING, LLC, and<br>ANDREW NORTHWALL,<br><br>                Defendants. | **CASE NO. 8:22-CV-232**<br><br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Brandon Washington, and Defendants NS Consulting, LLC, and Andrew Northwall, by and through their respective undersigned counsel, submit the following for their Joint Stipulation of Dismissal with Prejudice:

1. Plaintiff brought this action against Defendants alleging violations of the minimum wage provisions of the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq*. ("FLSA"), and the Arkansas Minimum Wage Act, Ark. Code Ann. § 11-4-201, *et seq*. ("AMWA").

2. Plaintiff and Defendants reached an agreement that resolves all claims in this lawsuit; Plaintiff and Defendants believe their agreement is a fair, reasonable and adequate compromise of a bona fide dispute.

3. The parties now file this stipulation of dismissal with prejudice pursuant to Rule 41(a)(1)(A)(ii), which allows a case to be dismissed by stipulation if signed by all parties who have appeared.

Page 1 of 2
Brandon Washington v. NS Consulting, LLC et al.
U.S.D.C. (Dist. Neb No. 8:22-cv-232
Joint Stipulation of Dismissal with Prejudice

4. The parties hereby stipulate to the dismissal of this action with prejudice, with no further award of fees or costs.

          Respectfully submitted,

          **PLAINTIFF BRANDON WASHINGTON**

          SANFORD LAW FIRM, PLLC
          Kirkpatrick Plaza
          10800 Financial Centre Pkwy, Suite 510
          Little Rock, Arkansas 72211
          Telephone: (800) 615-4946
          Facsimile: (888) 787-2040

          */s/ Josh Sanford*
          Josh Sanford
          Ark. Bar No. 2001037
          josh@sanfordlawfirm.com

and    **DEFENDANTS NS CONSULTING, LLC, and ANDREW NORTHWALL**

          MCGINN, SPRINGER & NOETHE P.L.C.
          20 No. 16th St.
          Council Bluffs, Iowa 51501
          Telephone: 712-328-1566
          Facsimile: 712-328-3707

          */s/ William F. McGinn*
          William F. McGinn #24477
          bmcginn@mcginnlawfirm.com

Page 2 of 2
Brandon Washington v. NS Consulting, LLC et al.
U.S.D.C. (Dist. Neb No. 8:22-cv-232
Joint Stipulation of Dismissal with Prejudice