IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BRANDON WASHINGTON, | |
| Plaintiff, | **8:22CV232** |
| vs. | |
| NS CONSULTING, LLC, and ANDREW NORTHWALL, | **ORDER ON JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |
| Defendants. | |

This case is before the Court on the parties' Joint Stipulation of Dismissal with Prejudice, signed by counsel for each party. Filing 53. The parties stipulate that they have reached an agreement that resolves all claims in this lawsuit alleging violations of the minimum wage provisions of the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq.* and the Arkansas Minimum Wage Act, Ark. Code Ann. § 11-4-201 *et seq.* Filing 53 at 1 (¶ 1). They stipulate further that they believe their agreement is a fair, reasonable, and adequate compromise of a bona fide dispute. Filing 53 at 1 (¶ 2). They now stipulate to dismissal with prejudice pursuant to Rule 41(a)(1)(A)(ii), with no further award of fees or costs. Filing 53 at 1–2 (¶¶ 3–4). Accordingly,

IT IS ORDERED that the parties' Joint Stipulation of Dismissal with Prejudice, Filing 53, is granted, and this case is dismissed with prejudice, with each party to bear its own fees and costs.

Dated this 8th day of July, 2024.

BY THE COURT:

_____

Brian C. Buescher
United States District Judge